ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS ALBERTO LOPEZ,<br>Defendant. | CASE NO. 2:23-CR-00073-DJC-3<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |

## I. STIPULATION

Plaintiff United States of America, by and through its undersigned counsel of record, and Defendant Jesus Alberto Lopez, by and through his defense counsel of record, for the reasons set forth below, hereby stipulate as follows:

1. A grand jury in the Eastern District of California returned an indictment charging the defendant with violations of Federal law related to controlled substance offenses. *See* Doc. No. 20. On July 15, 2026, the defendant made his initial appearance on the indictment, and a status conference was set for September 24, 2026. *See* Doc. No. 189. Recently, the government has sent initial discovery to defense counsel consisting of gigabytes of data including downloads of digital devices, recordings, electronic surveillance, and thousands of pages documenting investigative actions.

2. The government and the defendant, through counsel, respectfully request that the Court reset the status conference in this matter from September 24, 2026 to the Court's calendar on November

19, 2026. Additionally, the parties request that the Court exclude time under the Speedy Trial Act between September 24, 2026 and November 19, 2026, inclusive. In so requesting, the parties agree and stipulate, and request that the Court find the following:

a) The discovery produced is voluminous including law enforcement reports, lab reports, search warrants, photographs, digital evidence, and recordings some of which are in Spanish.

b) Defense counsel desires additional time to consult with their client, to review and copy discovery for this matter, to research motions, conduct investigation, and to otherwise prepare for trial.

c) Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of September 24, 2026 to November 19, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

Respectfully Submitted,

Dated: September 21, 2026

ERIC GRANT
United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: September 21, 2026

/s/Candice L. Fields
CANDICE L. FIELDS
Counsel for Defendant
JESUS ALBERTO LOPEZ

**ORDER**

Having considered the above Stipulation, and for good cause shown therein, the status conference set for September 24, 2026 is hereby reset for November 19, 2026 at 9:00 a.m.

Additionally, the Court orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of September 24, 2026 to November 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] to allow for effective preparation by defense counsel. Therefore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 21st day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE